VIRGILIO DEL GENOVESE et al., Respondents, *v.* THE THIRD
                AVENUE RAILROAD COMPANY, Appellant.

*Del Genovese* v. *Third Avenue R. R. Co.,* 13 App. Div. 412, affirmed.
(Argued February 1, 1900; decided March 20, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered January 27, 1897, affirming a judgment in favor of plaintiffs
entered upon the report of a referee.

*Henry L. Scheuerman* and *Henry M. Ward* for appellant.

*L. Laflin Kellogg* and *Alfred C. Petté* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN,
CULLEN and WERNER, JJ.

---

MICHAEL TULLY, Respondent, *v.* NEW YORK AND TEXAS
                STEAMSHIP COMPANY, Appellant.

*Tully* v. *N. Y. & Texas Steamship Co.,* 10 App. Div. 463, affirmed.
(Argued February 2, 1900; decided March 20, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 6, 1897, modifying and as modified affirming a judgment in favor of plaintiff entered upon a verdict, and affirming an order denying a motion for a new trial.

*George S. Coleman, Tallmadge W. Foster* and *Thomas B.
Hewitt* for appellant.

*Edwin R. Leavitt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., MARTIN, VANN and WERNER, JJ.
Not voting: GRAY and BARTLETT, JJ. Not sitting: CULLEN, J.